# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00158-GCM-DSC

| | |
|---|---|
| LISA MCGLOHON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PRUDENTIAL INSURANCE | ) |
| COMPANY OF AMERICA et. al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission Pro Hac Vice and Affidavits[s] [for Ian H. Morrison and Tara M. Ellis]" (documents ## 6 and 7) filed May 14, 2018. For the reasons set forth therein, the Motions will be <u>granted</u>

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Graham C. Mullen</u>.

**SO ORDERED**.

Signed: May 14, 2018

David S. Cayer
United States Magistrate Judge